# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Nathaniel J. Johnson,                              :
                Petitioner    :
                                :
   v.                                              :
                                :
Unemployment Compensation Board of    :
Review,                                            :
                Respondent  :      No. 817 C.D. 2015

## **O R D E R**

NOW, February 22, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge